No. 97–7926. KARASEK *v.* COURT OF COMMON PLEAS OF OHIO, MONTGOMERY COUNTY. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 97–7930. ATWOOD *v.* ARIZONA. Super. Ct. Ariz., Pima County. Certiorari denied.

No. 97–7937. REID *v.* CITY OF FLINT ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–7945. MCDONALD *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 97–7953. BURTON *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 97–7960. LITZENBERG *v.* LITZENBERG. C. A. 4th Cir. Certiorari denied.

No. 97–7964. AZEEZ *v.* DUNCIL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 97–7965. POLAND *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7966. BEWRY *v.* HARTFORD POLICE DEPARTMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–7969. CARPENTER *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 97–7973. BERRYMAN *v.* COLBERT. C. A. 6th Cir. Certiorari denied.

No. 97–7977. GATES *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 97–7978. GOODROAD *v.* FITZGERALD ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–7983. HALL *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.